**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership; VIRGIN
RECORDS AMERICA, INC., a California
corporation; ATLANTIC RECORDING
CORPORATION, a Delaware corporation;
UMG RECORDINGS, INC., a Delaware
corporation; and BMG MUSIC, a New York
general partnership,

          Plaintiffs,

                            Case No.:  1:06-cv-00136-SPM-AK

v.

ROY CANNON,

          Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.      Plaintiffs' Application For Default Judgment By The Court is hereby granted.

2.      Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

3.      Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

a.    "Man In The Mirror," on album "Bad," by artist "Michael Jackson" (SR# 84-256);

b.    "Boombastic," on album "Boombastic," by artist "Shaggy" (SR# 222-048);

c.    "Don't Ask Me Why," on album "Glass Houses," by artist "Billy Joel" (SR# 17-630);

d.    "In The Air Tonight," on album "Face Value," by artist "Phil Collins" (SR# 24-682);

e.    "If I Ever Lose My Faith In You," on album "Ten Summoner's Tales," by artist "Sting" (SR# 174-453);

f.    "Dixieland Delight," on album "Closer You Get," by artist "Alabama" (SR# 49-145);

g.    "When We Dance," on album "All This Time," by artist "Sting" (SR# 303-802);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful

license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DONE AND ORDERED this 14th day of November, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

cc:    Chaila D. Restall

Roy Cannon
2816 W University Ave
Gainesville, FL 32607